**Order entered June 18, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01033-CV

### DEMETRA JEFFERSON WYSINGER FOR AND AS POA FOR DEMONDRIA JEFFERSON, TYSWAYLA MITCHELL, PRINCE LOUIS WYSINGER AND MINOR CHILDREN, Appellants

### V.

### GEICO COUNTY MUTUAL INSURANCE COMPANY, FARMERS INSURANCE, AND RON MONTGOMERY MOTORS, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00628-E**

## ORDER

Before the Court is appellant's June 4, 2018 motion to dismiss appeal as to Ron Montgomery Motors only. Pursuant to Texas Rule of Appellate Procedure 42.1(a), we **GRANT** the motion and **DISMISS** the appeal as to Ron Montgomery Motors. *See* TEX. R. APP. P. 42.1(a). The appeal as to Geico County Mutual Insurance Company and Farmers Insurance remains pending and will be submitted in due course.

/s/     DAVID EVANS
        JUSTICE